UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DENNIS TORTORA,

      Plaintiff,

v.

MRS ASSOCIATES, INC.,

      Defendant.

No. 3:09-cv-1156 (SRU)

January 4, 2010

## NOTICE OF SETTLEMENT

The defendant in the above-captioned action hereby advises the Court that plaintiff and defendant have reached a settlement of the above-captioned case and that counsel are in the process of preparing the papers reflecting the settlement. Pursuant to Rule 16(b) of the Local Rules of this District, counsel advises the Court of this settlement and requests that all pending deadlines, motions and pleadings be held in abeyance pending completion of the settlement documentation and submission of appropriate stipulations or notices, as the case may be.

THE DEFENDANT
MRS. ASSOCIATES, INC.

By: _____
Jonathan D. Elliot (ct05762)

Zeldes Needle & Cooper
1000 Lafayette Boulevard
Bridgeport, CT 06604
Tel. 203-333-9441
Fax 203-333-1489
jelliot@znclaw.com

Its Attorneys

## **CERTIFICATION**

I hereby certify that on January __4__, 2010, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____
Jonathan D. Elliot