## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DENNIS TORTORA | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | 3:09CV1156  (SRU) |
| | : | |
| MRS ASSOC. INC. | : | |
|     Defendant. | : | |

<u>ORDER</u>

The parties have reported that this action has been settled in full.  Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before **February 8, 2010**.

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before February 8, 2010.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7.

So ordered.

Dated at Bridgeport, Connecticut this 8th day of January 2010.

                                                          /s/ Stefan R. Underhill
                                                             Stefan R. Underhill
                                                           United States District Judge