UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DENNIS TORTORA | : | CIVIL ACTION NO. |
| | : | 3:09-cv-1156(SRU) |
| Plaintiff | : | |
| V. | : | STIPULATION OF DISMISSAL |
| | : | WITH PREJUDICE |
| M.R.S. ASSOCIATES, INC. | : | |
| Defendants | : | JUNE 21, 2009 |

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on his complaint and without costs and/or attorney's fees to any party.

| | |
|---|---|
| THE PLAINTIFF | THE DEFENDANT |
| DENNIS TORTORA | M.R.S. ASSOCIATES, INC. |
| | |
| By_____ | By_____ |
| Sergei Lemberg, Esq. | Jonathan D. Elliot (ct05762) |
| Lemberg & Associates | Zeldes, Needle & Cooper, P.C. |
| 1100 Summer Street | 1000 Lafayette Boulevard |
| Stamford, CT 06905 | Bridgeport, CT 06604 |
| Ph: 203-653-2250 | Phone: 203-333-9441 |
| FAX: 203-653-3424 | Fax: 203-333-1489 |